UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

QUINCY DEWAYNE ROBINSON #113238     CIVIL ACTION NO. 21-cv-4432

VERSUS     JUDGE S. MAURICE HICKS, JR.

JULIAN WHITTINGTON ET AL     MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 48) filed by Cyndi Holley and Molli Lyles and the Motion for Summary Judgment (Doc. 74) filed by Sheriff Julian Whittington, Warden Linton Jacobs, Lieutenant Anthony Evans, and Deputy Joel Freeman are granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of August, 2023.

                                           _____
                                                 S. MAURICE HICKS, JR.
                                                 UNITED STATES DISTRICT JUDGE